**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER STATEMENT**

| STATEMENT OF | DOC ID NUMBER |
|---|---|
| Dwayne Ebmeyer | 1272217 |

☐ I do not want to make a written statement.

OFFENDER SIGNATURE:

DATE: 8-5-24

My name is _____, the date is _____. I want to make the following statement of my own free will without hope of reward or benefit, threat of punishment, and without coercion, or unlawful influence:

On June 16th I was assaulted by 4 inmates due to CO.1 (Bucker) telling the house porter that I Stole from the Back office, this assault that was induced by the C.O. and resulted in the breaking of my Right Hand. At witch time I self declared for my hand being broke, I was seen and A assessment was made by nurse staff and documented that my Right hand was broke and the bone had shifted. The nurse then placed a splint on my hand and Told me that I would be called in for a X-Ray within the next two days. I was never Called in or seen for the X-Ray or doc. Chada for over 6 weeks! it only takes 6 to 8 weeks for a broke bone to refuse and the bone in my hand has shifted and healed by the time I seen doctor chada! Due to the lack of care for my healthcare, his Job, or the pain and suffering I now have with the lack of use of my hand, Doc Chada has failed to up hold his dutys as a health provider and is causing great pain, Torment, and Suffering by failing to do his Job!

I have read or have had this statement read to me in its entirety totaling _1 of 1_ pages. I fully understand the contents of this statement and it is true. I have initialed all corrections and signed the bottom of each page containing my statement. I am making this statement of my own free will without hope of reward or benefit, threat of punishment, and without coercion, or unlawful influence.

| SIGNATURE: | DATE | TIME REPORTED |
|---|---|---|
| | 8-5-24 | 9:20 ☒AM ☐PM |
| WITNESS SIGNATURE: | DATE | TIME REPORTED |
| COI | 8-5-24 | 9:20 ☒AM ☐PM |

MO 931-4775 (6-17)    DISTRIBUTION: OFFICE OF PROFESSIONAL STANDARDS    PAGE 1

# § 217.230 R.S.Mo.

\*\*\* Current through 103rd General Assembly, 2025 1st Regular Session with changes received through March 26,

2025\*\*\*

**LexisNexis® Missouri Annotated Statutes    Title 13. Correctional and Penal Institutions (Chs. 217 — 221)    Chapter 217. Department of Corrections (§§ 217.010 — 217.947)    Department Director— Division Directors and Chief Administrative Officers, Powers and Duties (§§ 217.160 — 217.285)**

## Notice

⚑ This section has more than one version with varying effective dates.

## § 217.230. Health care services for correctional centers

The director shall arrange for necessary health care services for offenders confined in correctional centers, which shall not include any gender transition surgery, as defined in section 191.1720.

## History

L. 1982 H.B. 1196 § 58; A.L. 1989 H.B. 408; A.L. 1990 H.B. 974; A.L. 1995 H.B. 424; A.L. 2023 S.B. 49, § A, effective August 28, 2023.

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY**

☐ **EMERGENCY COMPLAINT**

CATEGORY: Medical    DATE RECEIVED: 7/22/24

COMPLAINT NUMBER: SCCC24-1082

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | HOUSING UNIT |
|---|---|---|
| Ebmeyer, Dwayne | 1272247 | 2B-133 |

**STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.**

Medical is failing to provide service's, for example: on June 16th I was jumped and my Right hand was broke, I self de-claired all that they did was Splint my hand it's now July 22nd Still no X-ray or Doc has seen me! Also while in ad-seg Medical Staff had Skiped me on my morning med's for a hole week the date are as followed: June 21st, 22nd, 23rd, 25th, 26th, 27th and 28th, lastly I have turned in multibul Request for pain in my liver to be Seen for my hep-c, Still have not been Seen and Still being refuesd Hep-c treatment! This Medical staff/provider is failing to hepp prevent and damage's

**ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.**

To exsuest the Grievance process

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | 1272247 | 7/22/24 |

**INSTITUTION STAFF MEMBER USE ONLY**

**DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.**

☐ **IRR RESOLVED BY DISCUSSION OR WITHDRAWN**    ☒ **IRR NOT RESOLVED BY DISCUSSION**

| OFFENDER SIGNATURE | DOC I.D. | DATE | STAFF MEMBER SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| | 1272247 | 8-13-24 | C. Edington DON | | 8/13/24 |

**STAFF FINDINGS - RESPONSE**

X-ray    NSC refused 7/30/24    NSC 6/16/24 mentions x-ray

| INVESTIGATING STAFF MEMBER SIGNATURE | I.D NUMBER | DATE | RESPONDENT SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| C. Edington RN | | 8/13/24 | C. Edington DON | | 8/13/24 |

| REVIEWER SIGNATURE | I.D NUMBER | DATE | |
|---|---|---|---|
| T. Wade, AW | 45123 | 8-20-24 | RESULTS: ☐ SATISFACTORY ☒ UNSATISFACTORY |

**YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.**

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | 1272247 | 8-22-24 |

MO 931-3376 (9-22)    DISTRIBUTON: COPY - OFFENDER·  COPY - IRR FILE

RECEIVED SEP 04 2024

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE**

| INSTITUTION USE ONLY | |
|---|---|
| GRIEVANCE NUMBER: SCCC24-1082 | |
| CATEGORY: Medical | DATE FILED: 8/29/24 |

### OFFENDER SECTION - MUST COMPLETE WITH INK

| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| Ebmeyer, Dwayne | 1272247 | 6A | 203 | SCCC |

**OFFENDER GRIEVANCE OR REQUEST**

Medical is failing to provide services, for example: On June 16th I was Jumped and my right hand was broke, I self declaired all that they did was splint my hand (I filed i.r.r on July 22nd) at that time still did not see the medical provider or recive a x-ray. (today is Aug-22nd) and as of Aug-18th I finaly seen medical provider who said "It's sprang" even tho the Bone in my hand that has shifted, it took almost 8 week's to be seen it only takes about 6 week for a broke Bone to heal! He refuzed to put me in for x-ray even tho I have Bone sticking up in my hand! Also, while in ad-seg Medical Staff had skipped me on my med's for a hole week the date's are as follwed: June 21st, 22nd, 23rd, 25th, 26th, 27th and 28th, lastly I have turend in multibul Request to be seen for pain in my liver and to be seen for my hep-c, still have not been seen and still being refuezd Hep-c treatment, the Medical Saff and Provider is failing to help prevent damanges

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | 1272247 | 8-22-24 |

**CAO OR DESIGNEE RESPONSE**

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D NUMBER | DATE |
|---|---|---|
| | 1582 | 10-18-24 |

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION     ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3377 (9-22)



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

| **INSTITUTION USE ONLY** |
| --- |
| GRIEVANCE NUMBER: SCCC-24-1082 |
| DATE FILED: 11/27/24 |

## OFFENDER SECTION - MUST COMPLETE WITH INK

| OFFENDER NAME | DOC I.D. | INSTITUTION |
| --- | --- | --- |
| Ebmeyer, Dwayne | 1272247 | SCCC |

**REASON FOR APPEAL**

Medical is Still failing to provide Service's, for example: On June 16th i was Jumped and my right hand was broke, i self declaired, all that they did was Splint my hand (i filed a I.R.R on 22nd) at that time Still did not see the Medical provider or recive a X-ray. As of Aug 22nd a order was put in for X-ray Never recived X-ray When i Seen Medical provider who Said "it's Sprang" even tho the bone in my hand has shifted! It took 8 week's to be seen, it only takes 6 week's for a break to heal and he refuzed me to get X-ray even tho my bone is Sticking up in my hand. Also while in ad-seg Medical staff had Skipped me for my meds for a hole week, the dates are as fallwed: June 21st, 22nd, 23rd, 25th, 26th, 27th and 28th, lastly i have turend in Multibul Request to be seen for pain in my liver and to be seen for Hep-c, Still have not been seen and still being refuezed Hep-c treatment, Medical provider is failing to help prevent damages today is Nov-25 And Still have not been seen for Hep-c!

| OFFENDER SIGNATURE | DOC I.D. | DATE |
| --- | --- | --- |
| | 1272247 | 11-25-24 |

## DIVISION DIRECTOR OR DESIGNEE RESPONSE

RECEIVED

RECEIVED
DEC 0 4 2024
DIRECTOR, DIV OF OFFENDER
REHABILITATIVE SERVICES

RECEIVED
NOV 2 9 2024
GRIEVANCE OFFICE
FCC

RECEIVED
DEC 1 9 2024
CENTURION MO REGIONAL OFFICE

| DIVISION DIRECTOR OR DESIGNEE SIGNATURE | | DATE |
| --- | --- | --- |

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
| --- | --- | --- |

OFFENDER COPY

MO 931-3378 (9-22)

## Informal Resolution Request
## Response

**To: Dwayne Ebmeyer  #1272247**

**Institution: SCCC**

**IRR Number: SCCC24-1082**

**Date of IRR: 7/22/2024**

Your IRR has been received and reviewed as well as your healthcare record. The purpose of this review is to determine if necessary health care, as determined by your health care providers, has been provided to you. This assessment of your health care needs may differ from your personal desires.

Your concern is understood to be you want x-ray to hand.

Subsequent to review and investigation, the results are as follows per medical records there is no documentation of a health service requests for x-ray or to see the doctor. If you want to see the doctor you will need to fill out health service request and be seen by medical for referral to doctor, We do not refer to doctor sick call from self-declared emergencies.

In conclusion, this should address you healthcare concern.

| | | |
|---|---|---|
| __07/29/2024__ | 8/13/2024 | *Cheryl Edington* |
| Date Received | Date of Response | Cheryl Edington, RN, D.O.N. |

Grievance Category (check one):

| | | | | |
|---|---|---|---|---|
| ☐ Medication | ☐ Quality of Care | ☐ Safety & Sanitation | ☐ Equipment/Supplies | ☐ Unfair Treatment/Rights Violation |
| ☐ Treatment | ☐ Specialty Care | ☐ Passes | ☐ ADA | ☐ Other |
| ☐ Access to Care | ☐ Staff | ☐ Diet | ☐ Medical Records | |



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY**
☐ **EMERGENCY COMPLAINT**
CATEGORY: _____ DATE RECEIVED: _____
COMPLAINT NUMBER: _____

## OFFENDER SECTION - MUST COMPLETE WITH BLACK INK

| OFFENDER NAME | DOC I.D. | HOUSING UNIT |
|---|---|---|
| | | |

STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE.  BE SPECIFIC.

ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

## INSTITUTION STAFF MEMBER USE ONLY

DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.

☐ **IRR RESOLVED BY DISCUSSION OR WITHDRAWN**       ☐ **IRR NOT RESOLVED BY DISCUSSION**

| OFFENDER SIGNATURE | DOC I.D. | DATE | STAFF MEMBER SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| | | | | | |

## STAFF FINDINGS - RESPONSE

| INVESTIGATING STAFF MEMBER SIGNATURE | I.D NUMBER | DATE | RESPONDENT SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| | | | | | |

| REVIEWER SIGNATURE | I.D NUMBER | DATE | |
|---|---|---|---|
| | | | RESULTS:  ☐ SATISFACTORY   ☐ UNSATISFACTORY |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE.  YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE.  FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3376 (5-25)          DISTRIBUTON: COPY - OFFENDER;   COPY - IRR FILE



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY**
☐ **EMERGENCY COMPLAINT**
CATEGORY: _____    DATE RECEIVED: _____
COMPLAINT NUMBER: _____

## OFFENDER SECTION - MUST COMPLETE WITH BLACK INK

| OFFENDER NAME | DOC I.D. | HOUSING UNIT |
|---|---|---|
| | | |

STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE.  BE SPECIFIC.

ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

## INSTITUTION STAFF MEMBER USE ONLY

DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.

☐  **IRR RESOLVED BY DISCUSSION OR WITHDRAWN**        ☐ **IRR NOT RESOLVED BY DISCUSSION**

| OFFENDER SIGNATURE | DOC I.D. | DATE | STAFF MEMBER SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| | | | | | |

## STAFF FINDINGS - RESPONSE

| INVESTIGATING STAFF MEMBER SIGNATURE | I.D NUMBER | DATE | RESPONDENT SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| | | | | | |

| REVIEWER SIGNATURE | I.D NUMBER | DATE | |
|---|---|---|---|
| | | | RESULTS:  ☐ SATISFACTORY   ☐ UNSATISFACTORY |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE.  YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE.  FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3376 (5-25)        DISTRIBUTON: COPY - OFFENDER;   COPY - IRR FILE