**PRIORITY MAIL**
**POSTAGE REQUIRED**

*PRESS FIRMLY TO SEAL*　　　　*PRESS FIRMLY TO SEAL*

# PRIORITY®
## ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED**\*

 **USPS TRACKING™ INCLUDED**\*

 **INSURANCE INCLUDED**\*

 **PICKUP AVAILABLE**

**\* Domestic only**

**WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.**



**FROM:** Dwayne W. Ebmeyer #1272247
Hu-1-D-113
E.R.D.C.C.
2727 Hwy K
Bonne Terre, MO
63628

**RECEIVED**
**MAY 01 2026**
**BY MAIL**

**TO:** ATTN: Nathan M. Graves
(Court Clerk)
United States District Court: East District
of Missouri, Thomas F. Eagleton U.S. Courthouse
111 South 10th street
St. Louis, MO
63102

{Legal Mail}

MAILED FROM
APR 29 2026

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

**PS00001000014**

**EP14F July 2013**
**OD: 12.5 x 9.5**

## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE


**UNITED STATES POSTAL SERVICE®**

# PRIORITY ★ MAIL ★



**TRACKED**
★ ★ ★
**INSURED**

## FLAT RATE ENVELOPE
### ONE RATE ★ ANY WEIGHT*



MAILED FROM

APR 28 2026

EAST ARM RECEPTION
DIAGNOSTIC & CORRECTIONAL
CENTER




PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

UNITED STATES POSTAL SERVICE® pitney bowes

**USPS TRACKING #**


9488 8090 0027 6393 7101 16

Label 888-PB, Oct. 2015


UNITED STATES POSTAL SERVIC